## LAW OFFICE OF ROBERT TRUMAN HUNGERFORD

**123 South Stone Avenue, Suite 16**
**Tucson, Arizona 85701**
**Telephone: (520) 624-2206**
**FAX: 624-4429; e-mail:** *rth@theriver.com*
**Arizona State Bar #014717**
**Pima Bar #64706**

```
 ✓ FILED        LODGED
   RECEIVED     COPY

   JUL 2 4 2008

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ B DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT

## IN THE DISTRICT OF ARIZONA

## PHOENIX   DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES ,** | ) | No. 2:08-mj-00282-01-MHB |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| **versus** | ) | |
| | ) | **(Pursuant to 8 U.S.C. §1324)** |
| **LOGAN  WILLIAM  DAVIS** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | **Assigned to the Honorable** |
| | ) | **LAWRENCE O. ANDERSON** |
| | ) | |

**NOTICE IS HEREBY GIVEN,** pursuant to the applicable sections of the **Federal Rules of Criminal Procedure,** the undersigned enters his appearance in this case on behalf of  Mr. Logan William Davis  for all further proceedings .

**RESPECTFULLY SUBMITTED** this 24th day of July, 2008.

*Robert Truman Hungerford*

Robert Truman Hungerford

(Arizona Bar #014717; Admitted to the Federal District Court, District of Arizona, March 3rd, 1993.)

Original to be  filed with the Clerk, July 24th, 2008, approximately 0830 Hours;

Copies of the foregoing FAXED  this 23rd day of July to:

**Mr. Roger Todd Margolis, Esq.;**

**Mr. Joshua Patrick Parecki, Esq.**

By _R.J. Hungerford_