✗ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 2 4 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  DIANE J. HUMETEWA
   United States Attorney
2  District of Arizona

3  JOSH PATRICK PARECKI
   Assistant United States Attorney
4  Two Renaissance Square
   40 N. Central Ave., Ste. 1200
5  Phoenix, Arizona 85004-4408
   Arizona Bar No. 023750
6  josh.parecki@usdoj.gov
   Telephone: (602) 514-7500

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No. CR |
| | Mag. No. 08-0282 |
| v. | |
| | STIPULATION AND JOINT |
| | MOTION FOR RELEASE OF |
| Logan William Davis, | MATERIAL WITNESS |
| Defendant. | |

The United States of America, through undersigned counsel, and the defendant, individually and through counsel, do hereby agree and stipulate as follows:

(1) Material witness Venancio de Jesus-Catarino is not a citizen of the United States;

(2) Material witness Venancio de Jesus-Catarino entered the United States illegally on or about July 9, 2008;

(3) Material witness Venancio de Jesus-Catarino was found in the vehicle driven by the defendant, Logan William Davis;

(4) The government may elicit hearsay testimony from the arresting agents regarding any statements made by the above-referenced material witness contained in the disclosure, and such testimony shall be

admitted as substantive evidence in any hearing or trial in the above-encaptioned matter.

The parties further agree that the waiver and stipulation are not contingent on the Magistrate Judge's acceptance of the offered plea agreement.

Based on the foregoing, the parties jointly move for the release of the above-named material witness to the Department of Homeland Security for return to his country of origin.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

*/s/ Josh Patrick Parecki*
JOSH PATRICK PARECKI
Assistant U.S. Attorney

*/s/ Logan Davis*
Logan William Davis
Defendant

*/s/ Robert Truman Hungerford*
Robert Truman Hungerford
Attorney for Defendant

2